## PARK PROPERTIES ASSOCIATES, L.P., Valentine Properties Associates, L.P., Plaintiffs-Appellants

## St. John's I Associates, L.P., Plaintiff

v.

## UNITED STATES, Defendant-Appellee

2015-5102

United States Court of Appeals, Federal Circuit.

February 15, 2017

THOMAS A. GENTILE, Wilson Elser Moskowitz Edelman & Dicker LLP, Florham Park, NJ, argued for plaintiffs-appellants.

JOHN JACOB TODOR, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., KENNETH M. DINTZER.

(Dyk, Mayer, and Taranto, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**